UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA NOEMI BAUTISTA DIAZ,<br><br>Plaintiff,<br><br>v.<br><br>GATE GOURMET, INC., et al.,<br><br>Defendants. | Case No. 22-cv-01136-JCS<br><br>**SUA SPONTE REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable William H. Orrick for consideration of whether the case is related to *Rahman v. Gate Gourmet*, 20-cv-3047 WHO.

**IT IS SO ORDERED.**

Dated: March 2, 2022

_____
JOSEPH C. SPERO
United States Magistrate Judge